**PLAINTIFF** _SHARON HALL_

**ADDRESS** _403 INSTITUTE ST._

**CITY/STATE/ZIP** _VALPARAISO, IN 46383_

**TELEPHONE NO.** _219-309-4803_

**PORTER SUPERIOR COURT**

**COUNTY DIVISION**

**3560 WILLOWCREEK ROAD**

**PORTAGE, INDIANA 46368**

**219-759-8208   OR   219-759-8213**

_M. Martin_

PORTER CIRCUIT SUPERIOR COURT

**FILED**

IN OPEN COURT

NOV 17 2011

**VS**

**CAUSE NO. 64D0** _6-1111-SC-5566_

**DEFENDANT** _PORTFOLIO RECOVERY SERVICES_

**ADDRESS** _120 CORPORATE BLVD.  STE 100_

**CITY/STATE/ZIP** _NORFOLK, VA 23541_

**TELEPHONE NO.** _800-772-1413_

**DATE:** _____

**TIME:** _____

**SHERIFF:** _____

## NOTICE OF CLAIM

**TO THE DEFENDANT(S):** You have been sued by the Plaintiff whose name appears above. You are ordered to appear at the time scheduled below. If you have a just reason for being unable to appear, you may request a continuance by contacting the Clerk of the Court no later than ten (10) days prior to the Court date. Failure to appear for your court date will result in a Default Judgment being entered against you.

Balance due on:   MONEY OWED   ACCIDENT   RENT   WAGES   (OTHER)

A BRIEF statement of the nature of the Plaintiff's claim against you is as follows: _____

_VIOLATION OF THE FEDERAL DEBT COLLECTION PRACTICES ACT._
_PRACTICES_

The Plaintiff seeks judgment against the Defendant in the amount of $ _STATUTORY DAMAGES PLUS ATTORNEY FEE_ plus interest, and the cost of this action. If you wish to pay this claim prior to the Court date, call the Plaintiff or Small Claims Clerk for the amount owed in this action.
**\*\*No personal checks accepted\*\***

Service by (Certified Mail) or Sheriff Service: $ _72.00_

_Joseph Nugent_   _26102-45_
Signature of Plaintiff or Attorney

The Plaintiff and Defendant are ordered to appear for Initial Claim Hearing on the _9_ day of _January_, 20_12_ at _10:00_ (a.m.) p.m.

**RECEIVED**

NOV 3 0 2011

By General Counsel

(See Important Information on reverse side)

Revised: 9/13/11

_A_

## IMPORTANT INFORMATION

1. You may pay anytime before the Initial Claim Hearing at the Small Claim Clerk's Office. Paying the claim and court costs in full will dismiss the claim against you.

2. If you fail to appear in Court on the date and time set above, the Plaintiff can receive a judgment for the amount of claim, plus Court costs.

3. If you have any counter-claim arising from the same transaction or occurrence, a Counter-Claim form (available at the Clerk's Office) must be filled out at least ten (10) days prior to the hearing date for the matter to be heard at the same time as the Plaintiff's claim.

4. By filing this small claim, the Plaintiff has waived the right to a trial by jury. You have ten (10) days from receipt of this notice to file an affidavit stating the questions of fact which require trial by jury and stating that the request is made in good faith. You must also pay the costs for transferring the case. Your failure to do so, waives your right to a trial by jury.

5. You may represent yourself in Court. You do not need to employ an attorney. You may, however, have an attorney represent you if you wish. All corporations must comply with Small Claims Rule 8(C).

6. If you do not wish to dispute the claim, you may nonetheless appear for the purpose of allowing the Court to establish a method of payment. You should, however, first contact the Plaintiff or the Plaintiff's attorney and attempt to arrange payment.

7. Manuals explaining small claims procedures are available at the Small Claim Clerk's Office.

8. If a settlement of this claim is made out of Court:
      a. All monetary settlements shall be paid through the Clerk of the Court.
      b. The plaintiff must release the claim at the time of payment in full, or upon complete restitution, at the office of the Clerk of the Court.

9. The decision of the Court may be appealed to the Indiana Court of Appeals.

### CERTIFICATE OF MAILING

I certify that on the __ day of _____, 20 __, I mailed a copy of this Notice of Claim to the Defendant(s) by certified mail requesting a return receipt signed by the addressee at the address furnished by the Plaintiff.

### CERTIFICATE OF CLERK OF NOTICE OF CLAIM NOT ACCEPTED BY MAIL

I certify that on the ____ day of _____, 20__ ; I mailed a copy of this Notice of Claim to the Defendant(s) by certified mail, and the same was returned without acceptance this ____ day of _____, 20 ____, and I did deliver said Notice of Claim to the Sheriff of Porter County this ____ day of _____, 20 ____.

_____    By: _____

Clerk, Porter Superior Court
County Division

### RETURN OF NOTICE OF CLAIM

This Notice of Claim came to hand on the ____ day of _____, 20 ____, and I served the same on the ____ day of _____, 20 ____.
      1. By delivering a copy of Notice of Claim personally to _____.
      2. By leaving a copy of Notice of Claim at _____.

SHERIFF, _____ COUNTY, INDIANA

Revised 9/13/11

KAREN M. MARTIN
CLERK OF THE CIRCUIT COU
NORTH COUNTY COMPLEX • Sui
3560 WILLOWCREEK ROA
PORTAGE, INDIANA 4636!

CERTIFIED MAIL

7010 1870 0003 6834 9630

Portfolio Recovery St 160
120 Corporate Blvd
Norfolk VA 23541